**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:15CR-100-TBR**
**UNITED STATES OF AMERICA,                                         PLAINTIFF,**

**vs.**

**AHSON T. TORABI,                                                         DEFENDANT.**

**MOTION TO SUPPRESS STATEMENTS AND**
**REQUEST FOR HEARING THEREON**

Comes the defendant, by counsel, and moves this Honorable Court pursuant to the Fifth, Sixth, and Fourteenth Amendments to the Constitution of the United States, Rule 12(b)(3) of the Federal Rules of Criminal Procedure, and all other applicable authority for an order suppressing the use at trial of any statements or evidence directly or indirectly obtained therefrom as a result or consequence of interrogations on or about March 23, 2015. This motion includes, but is not limited to: 1). statements made to law enforcement at the scene; 2). all other statements, confessions, admissions, and tests involving testimonial utterances by defendant; and 3). all observations made or conclusions drawn from said statements, confessions, admissions, and tests involving testimonial utterances by defendant including that of

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

a cell phone the defendant had on his person. Defendant also moves this Honorable Court to suppress all fruits of said illegal interrogations. Defendant requests an evidentiary hearing on this motion.

As grounds for said motion, defendant states that following the execution of the search warrant on or about March 23, 2015, he was subjected to interrogations without being first advised of his right to remain silent, his right to counsel, and the fact that anything he said or uttered could be used against him in a court of law. Also, said custodial interrogations occurred while the defendant was heavily under the influence of methamphetamine. The defendant informed agents he had ingested the drugs. When asked if he was okay to continue, the defendant stated he was "sweating it out, now." All fruits of the illegal interrogations must also be suppressed. *Wong Sun v. United States*, 371 U.S. 471 (1963).

This motion is based on the discovery provided by the United States, the citations herein, all other records and files herein, and any and all other matters which may be presented prior to or at the time of the requested hearing on said motion.

> /s/ Laura R. Wyrosdick
> Assistant Federal Defender
> 200 Theatre Building
> 629 Fourth Avenue
> Louisville, Kentucky 40202
> (502) 584-0525
>
> Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## **CERTIFICATE**

      I hereby certify that on August 15th, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Marisa Ford, Esq., Assistant United States Attorney.

                                    /s/ Laura R. Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808