UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:15CR-100-TBR |
| AHSON TAHRANI TORABI | DEFENDANT |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Marisa J. Ford, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter. The defendant, Ahson Tahrani Torabi, by consent with Laura R. Wyrosdick, Assistant Federal Defender, appeared in open court on October 13, 2016, and entered pleas of guilty as to Counts 1-10 of the Indictment pursuant to a Rule 11(c)(1)(A) and (B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1-10 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1-10 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **January 17, 2017 at 9:30 a.m.** in Louisville, Kentucky before the Honorable Thomas B. Russell, Senior United States District Court Judge.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS HEREBY ORDERED** that the defendant shall remain under the terms and conditions of his current bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

35