## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**V.**                    **CRIMINAL ACTION NUMBER : 3:15CR-100-TBR**

**AHSON TAHRANI TORABI**                                        **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the defendant as to Counts 1-10 in the Indictment are hereby accepted, and the defendant is adjudged guilty of such offenses. Sentencing is hereby scheduled for **January 17, 2017 at 9:30 a.m. in Louisville**, before the Honorable Thomas B. Russell, Senior United States District Court Judge.

Copies to: U.S. Attorney
              U.S. Probation
              Counsel of Record